**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07 CR 104**

**FILED**
ASHEVILLE, N.C.

DEC − 5 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | **ORDER CONCERNING** |
| | ) | **FACTUAL BASIS** |
| HAROLD STEVE HARTNESS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     **THE DEFENDANT** came before the court on December 4, 2007 and participated in

a Rule 11 inquiry whereby the defendant entered a plea of guilty to count one as contained

in the Bill of Information, that being a charge that the defendant knowingly corruptly

persuaded another person or attempted to persuade another person or engaged in misleading

conduct toward another person with the intent to influence testimony of that person in an

official proceeding in violation of Title 18 U.S.C. § 1512(b). The undersigned has now been

directed by the District Court to make inquiry of the defendant to determine whether or not

there is a factual basis for the plea of guilty of the defendant.

     The undersigned having made inquiry upon the record of the defendant who has been

first duly sworn to tell the truth finds that in the above entitled matter that the defendant is

fully competent and capable of entering an informed plea; that his plea of guilty to the charge

contained in the Bill of Information is knowing and voluntary. The undersigned further finds

that the plea of guilty is supported by an independent basis of fact containing each of the

elements of the offense charged against the defendant in count one of the Bill of Information. Accordingly, the undersigned accepts the plea of guilty to count one as contained in the Bill of Information and adjudges the defendant to be guilty of that offense.

This the ___4th___ day of December 2007.

DENNIS L. HOWELL, UNITED STATES
MAGISTRATE JUDGE